Opinion filed October 31, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00187-CV

_____

## GEORGE MITCHELL, Appellant

## V.

## BIRDIE COOKS MITCHELL, Appellee

**On Appeal from the 318th District Court**

**Midland County, Texas**

**Trial Court Cause No. FM54997**

## MEMORANDUM OPINION

Appellant, George Mitchell, filed a pro se notice of appeal from a final decree of divorce and also filed a declaration of inability to pay costs on appeal. A contest was filed, and we abated the appeal so that the trial court could conduct a hearing and determine the issue of Appellant's indigence. The trial court determined that "Appellant is not indigent for purposes of appeal." We subsequently denied Appellant's motion in response to the trial court's indigence

determination, and we informed Appellant that he must forward to this court the $175 filing fee on or before October 14, 2013. As of this date, Appellant has not paid the filing fee.

Because Appellant has failed to pay the required filing fee in this appeal, we dismiss the appeal. TEX. R. APP. P. 5, 42.3.

PER CURIAM

October 31, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.